## Kane, Appellant, *v.* Pagano et al.

Argued December 7, 1971. *Arnold Levin,* with him *Freedman, Borowsky & Lorry,* for appellant; *Joseph Head,* with him *Swartz, Campbell & Detweiler,* for appellee.

Judgment affirmed.

## Maguire et al. *v.* Del Conte et al., Appellants.

Argued December 8, 1971. *David B. Fitzgerald,* with him *Fitzgerald & Yatso,* for appellants; *Samuel A. Litzenberger,* for appellees.

Order affirmed.